# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0919. ANDRE MERRELL v. THE STATE.

In 2016, Andre Merrell pleaded guilty to aggravated sexual battery. In January 2022, Merrell filed a "Motion for Relief." On January 25, 2022, the trial court denied Merrell's motion. Merrell filed a notice of appeal on April 4, 2022, seeking to appeal that denial. We, however, lack jurisdiction.

Pretermitting whether Merrell is entitled to a direct appeal, his notice of appeal was untimely. A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6- 38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon [this Court]." *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021) (citation and punctuation omitted). Here, Merrell's untimely notice of appeal was filed 69 days after entry of the order he seeks to appeal. Consequently, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/08/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*